IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-mj-01100-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELANIE PALUMBO,

    Defendant.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
1:37 pm, Jun 16, 2015
**JEFFREY P. COLWELL, CLERK**

---

## INFORMATION
## 26 U.S.C. § 7207

---

The United States Attorney charges that:

1. During the time period charged in this Information, Defendant Melanie Palumbo was a resident of the State and District of Colorado.

2. On or about February 24, 2009, in the State and District of Colorado, Defendant Melanie Palumbo did willfully deliver and disclose, and aided and abetted in the delivery and disclosure, to the Secretary of the Treasury a Form 1040A tax return known to her to be fraudulent and false as to a material matter, to wit, the Form 1040A return falsely represented that a Colorado Department of Corrections inmate was entitled to a tax refund based upon wages that he did not earn, and that he resided at Defendant Melanie Palumbo's address when he did not.

All in violation of Title 26, United States Code, Section 7207.

Dated this 16th day of June, 2015.

JOHN F. WALSH
United States Attorney

By: *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail:martha.paluch@usdoj.gov
Attorney for the United States