<u>DEFENDANT</u>: MELANIE PALUMBO

<u>DOB:</u>  1981

<u>ADDRESS:</u>   Phoenix, AZ   85022

<u>COMPLAINT FILED?</u>          _____ YES    X\_\_\_NO

<u>OFFENSE</u>:                         26 U.S.C. § 7207 -- Fraudulent Return

<u>LOCATION OF OFFENSE</u>:       Pueblo County, Colorado

<u>PENALTY</u>:                        NMT 1 year imprisonment; a fine of NMT $100,000; NMT 1 year supervised release; and $25 Special Assessment

<u>AGENT</u>:            Special Agent Anthony Romero, IRS CI

<u>AUTHORIZED BY</u>:  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
\_\_\_X\_\_  five days or less
_____  over five days
_____  other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case
\_\_\_\_X\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   _____    Yes         \_\_X\_\_  No