AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) |
| MELANIE PALUMBO | ) |
| | ) Case No. 15-mj-01100-MEH |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ☑ Information    ❒ Superseding Information    ❒ Complaint

❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of Court

| Place: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: A501 |
| --- | --- | --- |
| | | Date and Time: 07/28/2015 10:00 am |

This offense is briefly described as follows:

Fradudulent Return- 26 U.S.C. § 7207

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date: 06/16/2015

s/N. Marble, Deputy Clerk
*Issuing officer's signature*

N. Marble, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❒ Executed and returned this summons          ❒ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No. 15-mj-01100-MEH

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:

Last known residence:  In care of Ms. Paula M. Ray, Esq., Paula M. Ray, P.C. P.O. Box 12554
Email: paulamray@earthlink.net

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)*                    .

☐ I personally served the summons on this defendant                                at
*(place)*                              on *(date)*              ; or

☐ On *(date)*                  I left the summons at the individual's residence or usual place of abode
with *(name)*                              , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)*                              ,
who is authorized to receive service of process on behalf of *(name of organization)*
                              on *(date)*                  and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because:                              .

I declare under penalty of perjury that this information is true.

Date returned:

*Server's signature*

*Printed name and title*

Remarks: