IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2015 JUN 17  AM 9: 28

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Criminal Action No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**MELANIE PALUMBO,**

       Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

---

      Paula M. Ray, appointed counsel for, defendant herein, pursuant to D.C.COLO.LCrR

44.1, hereby enters her appearance. All filings should be addressed to her at the below

address.

      DATED this June 16, 2015.

                    Respectfully submitted

                    Paula M. Ray, P.C.
                    P.O. Box 12554
                    Denver, CO  80212-0554
                    Telephone:  303-874-5170
                    Email:  paulamray@earthlink.net