IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**MELANIE PALUMBO,**

        Defendant.

---

### ACCEPTANCE OF SERVICE OF SUMMONS
### BY DEFENDANT IN A CRIMINAL CASE

---

Paula M. Ray, appointed attorney for, defendant herein, hereby accepts service of the Summons issued June 16, 2015, in the above-captioned action, on behalf of Melanie M. Palumbo. See Doc. No. 2.

DATED 16th day of June, 2015.

        Respectfully submitted

        _____
        Paula M. Ray, P.C.
        P.O. Box 12554
        Denver, CO  80212-0554
        Telephone:  303-874-5170
        Email:  paulamray@earthlink.net