IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MELANIE PALUMBO,

 Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2016**.

 This matter comes before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Sentencing currently scheduled for August 4, 2016 at 10:15 a.m. **will now commence at 11:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.