IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELANIE PALUMBO,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT**

---

The United States of America, by and through Assistant U.S. Attorneys Martha A. Paluch and Bryan D. Fields, hereby gives notice that it has no objections to the Presentence Report filed in this case on June 27, 2016, ECF No. 24.

Respectfully submitted this 1st day of July, 2016.

        JOHN F. WALSH
        United States Attorney

        *s/ Martha A. Paluch*
        MARTHA A. PALUCH
        BRYAN D. FIELDS
        Assistant U.S. Attorneys
        1225 17th Street Suite 700
        Denver, CO  80202
        Telephone 303-454-0100
        Facsimile:  303-454-0402
        Email:  Martha.paluch@usdoj.gov
                Bryan.fields3@usdoj.gov

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Paula M. Ray, Esq.
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212
paulamray@earthlink.net

*s/Mariah Tracy*
Mariah Tracy
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
Email: Mariah.Tracy@usdoj.gov