IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**MELANIE PALUMBO,**

        Defendant.

## DEFENDANTS RESPONSES TO PRESENTENCE REPORT OBJECTIONS, ADDITIONS, AND CORRECTIONS

        Defendant, Melanie Palumbo, by counsel Paula M. Ray, pursuant to Fed. R. Crim. P. 32, submits the following responses to the Presentence Report ("PSI") [Doc. No. 24]:

        1.     Ms. Palumbo withdraws the argument at ¶ 18 of the PSI, pursuant to U.S.S.G. § 1B1.3(a)(1)(B)(iii), which includes "reasonably foreseeable" conduct in connection with criminal activity.  Ms. Palumbo has no objections to the Guidelines calculations as found by the U.S. Probation Officer at ¶¶ 25-40.

        2.     Ms. Palumbo agrees that this Court should vary from the Guidelines.  However, she disagrees with Probation's Sentencing Recommendation of five (5) years probation.  A sentence of two (2) years Probation adequately reflects the seriousness of the offense, promotes respect for the law, provides just punishment, affords adequate deterrence and avoids unwarranted sentence disparities among similarly situated defendants.  *See* U.S.S.G. § 3553(a)(2) and (6).  Similarly situated defendants with Ms. Palumbo were charged in *United States v. Caraveo,* District Court Case No. 15-cr-00149-RM.  The defendants in that case received:

| NAME | ACTIVITY DATES | INTENDED LOSS | RESTITUTION | SENTENCE |
|---|---|---|---|---|
| Raul Caraveo | 2008-2014[1] | $701,045[2] | $370,384.28[3] | 70 months imprisonment 3 years Supervised Release[4] |
| Pamila Lucero | 2008-2014[5] | Disputed[6] | Disputed[7] | Pending |
| Sabrina Caraveo | 2008-2014[8] | $597,735[9] | $339,013.81[10] | 9 months imprisonment 3 years Supervised Release[11] |
| Eugene Chavez | 2008-2014[12] | $582,466[13] | $311,732.43[14] | 51 months imprisonment 3 years Supervised Release[15] |
| Carolina Aragon | 2012-2014[16] | $72,441[17] | $21,850.84[18] | Time Served, 3 years Supervised Release[19] |
| Christina Portillos | Pending | Pending | Pending | Pending |
| Conrad Archuleta | 2009-2010[20] | $37,951[21] | $5,926.00[22] | 0 months imprisonment, 3 years Supervised Release[23] |
| Nancy Guzman | 2009-2010[24] | $37,951[25] | $21,850.84[26] | Time served, 3 years Supervised Release[27] |

---

[1] *See* Raul Caraveo Plea Agreement, Case No. 15-cr-00149-RM at p. 7.  [Doc. No. 193]
[2] *See Id.*
[3] *See* Raul Caraveo Judgment, Case No. 15-cr-00149-RM at p. 5.  [Doc. No. 285]
[4] *See Id.* at p. 2-3.
[5] *See* Lucero Plea Agreement, Case No. 15-cr-00149-RM at 6.  [Doc. No. 360]
[6] *See Id.* at 7.
[7] *See Id.*
[8] *See* Sabrina Caraveo Plea Agreement, Case No. 15-cr-00149-RM at 9-10.  [Doc. No. 230]
[9] *See Id.* at 10.
[10] *See* Sabrina Caraveo Judgment, Case No. 15-cr-00149-RM at 5.  [Doc. No. 508]
[11] *See Id.* at 2-3.
[12] *See* Chavez Plea Agreement, Case No. 15-cr-00149-RM at 7.  [Doc. No. 247]
[13] *See Id.*
[14] *See* Chavez Judgment, Case No. 15-cr-00149-RM at 5.  [Doc. No. 328]
[15] *See Id.* at 2-3.
[16] *See* Aragon Plea Agreement, Case No. 15-cr-149-RM at 9.  [Doc. No. 181]
[17] *See Id.*
[18] *See* Aragon Judgment, Case No. 15-cr-149-RM at 5.  [Doc. No. 511]
[19] *See Id.* at 2-3.
[20] *See* Archuleta Plea Agreement, Case No. 15-cr-149-RM at 8.  [Doc. No. 223]
[21] *See Id.* at 9.
[22] *See* Archuleta Judgment, Case No. 15-cr-149-RM at 5.  [Doc. No. 513]
[23] *See Id.* at 2-3.
[24] *See* Guzman Plea Agreement, Case No. 15-cr-149-RM at 9.  [Doc. No. 215]
[25] *See Id.*
[26] *See* Guzman Judgment, Case No. 15-cr-149-RM at 5.  [Doc. No. 511]
[27] *See Id.* at 2-3.

4.	Ms. Palumbo, in contrast to the individuals charged in Case No. 15-cr-00149-RM, confessed to investigators in her first interview.  She agreed to cooperate and testify against all of the co-conspirators.  In return, the government allowed her to plead to a misdemeanor.  She was involved in the conspiracy from 2008 to 2009, and received $500 for her activities in the scheme.  The intended loss attributed to her was $15,480 and restitution owing is $13,541.49.  Had she been sentenced to a felony, she would have most likely been treated as were Mr. Archuleta and Ms. Guzman and received a sentence of no imprisonment and three years supervised release.

5.	At ¶ 58, Mr. Sliger's name is misspelled.

6.	At ¶ 91, Ms. Palumbo's Auto Insurance increased an additional $40.00 to $120.00 from $80.00.  This results in Total Monthly Expenses of $2,116.25, from $2,076.25.

7.	Ms. Palumbo agrees that her focus should be on payment of restitution.  *See* ¶ 95.  However, she objects to Probation's recommendation of the provision that she make monthly installments of "at least 10 percent" of her gross income toward restitution.  *See* PSI at p. 25 under Payment of Monetary Obligations.  The problem with Probation's calculations is that they are based on Gross income and do not take into account net income after taxes.  Although her monthly expenses are $2,116.25, her cash flow is *not* $458.75.  As noted at ¶ 92 of the PSI, her Adjusted Gross Income for 2014 was $12,099, which gives her approximately $1,526.75 per month in net income.  Considering her monthly expenses, she carries a negative cash flow after taxes are taken out of her pay checks.  This provision would be onerous and subject her to violation of the conditions of probation.  It is her intention to pay the Internal Revenue Service all monies received from her tax refund, which should be approximately $2,500, every year until the restitution is paid off.  Payment of $250.00 is out of the question.

       8.      Ms. Palumbo intends to file a Motion for Variance to supplement Probation's recommendation of a sentence to probation under D.C.COLO.LCRR 32(c).

       9.      Ms. Palumbo also anticipates that the government will file a Motion under § 5K1.1 of the Guidelines as a result of her testimony at the trial of Christina Portillos.

DATED this 18th day of July, 2016.

       Respectfully submitted

       s/  Paula M. Ray
       Paula M. Ray, P.C.
       P.O. Box 12554
       Denver, CO  80212-0554
       Telephone:  303-874-5170
       Email:  paulamray@earthlink.net

- 4 -

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2016, I served a copy of the foregoing via CM/ECF on all interested parties.

s/ Paula M. Ray  
Law Office of Paula M. Ray