IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELANIE PALUMBO,

    Defendant.

---

**GOVERNMENT'S AMENDED MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby moves for a reduction of Defendant Melanie Palumbo's sentence, pursuant to the provisions of § 5K1.1, United States Sentencing Guidelines, in light of the defendant's substantial assistance to the government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States.

In support of this motion, the government states as follows:

*Summary of Cooperation*

The defendant participated in detailed debriefing sessions with the government in connection with this case.  During these sessions, the defendant was questioned on a variety of topics pertaining to her knowledge and participation in a conspiracy to defraud the United States as alleged in Count 1 of the Superseding Indictment returned in *United*

*States v. Caraveo,* et al., 15-cr-00149-RM.

The defendant cooperated fully with the government. The information she provided was valuable to further the investigation, to identify participants in the conspiracy, to decipher code terms used in recorded Department of Corrections (DOC) calls, and to place statements made in those calls in context. The defendant's information has proven to be reliable and has consistently been corroborated by IRS Special Agent Anthony Romero.

The defendant also participated in two meetings prior to the May 2, 2016 trial of Cristina Portillos, 15-cr-00149-RM-06. The defendant testified at trial and was subjected to cross-examination. In the government's view, the defendant provided valuable assistance in the investigation and prosecution of this case.

*Government's Recommendation*

Based on the defendant's above-described cooperation, the government requests that the defendant be afforded a reduction in her sentence pursuant to U.S.S.G. § 5K1.1. Her cooperation has been of substantial assistance to the government in that it has been complete, truthful and reliable.

Specifically, the government recommends that the defendant's overall sentence be reduced such that she receive a two-year sentence of probation rather than the five-year sentence of probation as recommended by the probation office.

WHEREFORE, the United States respectfully recommends that this Court grant its Motion, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, to depart below defendant's applicable sentencing guideline range in imposing a sentence based upon the defendant's substantial assistance.

Respectfully submitted this 20th day of July, 2016.

> JOHN F. WALSH
> United States Attorney
>
> By: *s/Martha A. Paluch*
> MARTHA A. PALUCH
> BYAN D. FIELDS
> Assistant United States Attorneys
> U.S. Attorney's Office
> 1225 17th St., Suite 700
> Denver, CO   80202
> Telephone: (303) 454-0100
> Fax:   (303) 454-0402
> e-mail:   Martha.paluch@usdoj.gov
> bryan.fields3@usdoj.gov
> Attorneys for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of July, 2016, a true and correct copy of the foregoing **GOVERNMENT'S AMENDED MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Paula Ray
paulamray@earthlink.net

                                                *s/Mariah Tracy*
                                                Mariah Tracy
                                                Legal Assistant
                                                US Attorney's Office
                                                1225 17th Street, Suite 700
                                                Denver, CO 80202
                                                Telephone: 303-454-0100
                                                Email: mariah.tracy@usdoj.gov