IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-mj-01100-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELANIE PALUMBO,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR VARIANCE**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby responds to Defendant Melanie Palumbo's Motion for Variance, ECF No. 28.

As noted in the Government's Amended Motion for Sentencing Reduction for Defendant Pursuant to U.S.S.G. § 5K1.1, ECF No. 30, the government is recommending that the Court depart to impose a sentence of two years of probation for this misdemeanor conviction, rather than the variant sentence of five years of probation as recommended by the probation department. This recommendation is based upon the substantial assistance provided by the defendant in the investigation and prosecution of the defendants named in *United States v. Caraveo,* 15-cr-00149-RM, and is supported as well by the information set forth in the Defendant's Motion for Variance.

1

As the defendant notes, the last time she was in trouble with the law was in August of 2010.  ECF No. 28 at 3.  In addition, Ms. Palumbo first spoke to the government about her involvement in the tax fraud conspiracy in March of 2015, and she pled guilty a year ago, on July 28, 2015.  ECF Nos. 5 and 6.  She has had no issues with law enforcement or relapses with substance abuse during what had to be a stressful time in her life.  A five-year sentence of probation does not appear warranted, given all of the facts of this case and this defendant's history.

For these reasons, the government believes a sentence of two years of probation is sufficient but not greater than necessary to achieve the sentencing objectives of 18 U.S.C. § 3553(a).  The government also submits that this sentence is warranted in light of the history and characteristics of this defendant, the need to provide just punishment for the offense, and provide adequate deterrence and protection of the public from further crimes of this defendant.

Accordingly, the government concurs with the Defendant's Motion for Variance and will request that the Court impose a two-year probationary sentence at the defendant's August 4, 2016 sentencing hearing.

Respectfully submitted this 20th day of July, 2016.

        JOHN F. WALSH
        United States Attorney


     By: *s/Martha A. Paluch*
       MARTHA A. PALUCH
       BRYAN D. FIELDS
       Assistant United States Attorneys
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO   80202
       Telephone: (303) 454-0100
       Fax:   (303) 454-0402
       e-mail:   Martha.paluch@usdoj.gov
       bryan.fields3@usdoj.gov
       Attorneys for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of July, 2016, a true and correct copy of the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR VARIANCE** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Paula Ray
paulamray@earthlink.net

      *s/Mariah Tracy*
      Mariah Tracy
      Legal Assistant
      US Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone: 303-454-0100
      Email: mariah.tracy@usdoj.gov