```
___ FILED     ___ LODGED
___ RECEIVED   X  COPY

       DEC 2 1 2016

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:15-mj-01100-MEH-01 |
| DOCKET NUMBER *(Rec. Court)* |
| CR-16-50280-PHX-ESW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MELANIE PALUMBO | COLORADO | |
| | NAME OF SENTENCING JUDGE | |
| | MICHAEL E. HEGARTY, U.S. MAGISTRATE JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/04/2016 | TO 08/03/2018 |

| OFFENSE |
|---|
| 26 U.S.C. § 7207, Submission of a Fraudulent Tax Return |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/27/2016
JEFFREY P. COLWELL, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __COLORADO__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __DISTRICT OF ARIZONA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__8/9/2016__                            __/s/ Michael E. Hegarty__
Date                                    United States ~~District~~ Judge
                                        Magistrate

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __ARIZONA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__12/20/16__                            __/s/ S. Willett__
Effective Date                          United States District Judge